WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
NANCY D. COOK, TEXAS STATE BAR NO. 04741500
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE, SUITE 210
COEUR D'ALENE, IDAHO 83815
TELEPHONE: (208) 676-7346
FACSIMILE:  (208) 667-0814

U.S. COURTS

SEP 15 2015

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN KENT DAVIS,<br><br>Defendant. | Case No. CR 15-0223-NEJL<br><br>**INDICTMENT**<br><br>18 U.S.C. §§ 875(c)<br>18 U.S.C. § 2261A(2)<br>18 U.S.C. § 981(a)(1)(C)<br>28 U.S.C. § 2461 |

The Grand Jury charges:

### COUNT ONE

**Interstate Communication of a Threat of Bodily Injury**
**18 U.S.C. § 875(c)**

On or about the 29th day of July, 2015, in the District of Idaho, the defendant, JOHN KENT DAVIS, knowingly and willfully did transmit in interstate and foreign commerce from the State of Idaho, to the State of Utah, a communication, specifically a telephone call to an undercover F.B.I. agent, and the communication contained a threat to injure K.W., specifically the defendant said he wanted K.W. to be beaten badly in a way that was "short of permanent" and a "pretty explicit display of hatred" with confirming photographs that he called "proof of mugging," in violation of Title 18, United States Code, Section 875(c).

INDICTMENT - 1

## COUNT TWO

### Interstate Communication of a Threat of Bodily Injury
### 18 U.S.C. § 875(c)

On or about the 3rd day of August, 2015, in the District of Idaho, the defendant, JOHN KENT DAVIS, knowingly and willfully did transmit in interstate and foreign commerce from the State of Idaho, to the State of Utah, a communication, specifically a telephone call to an undercover F.B.I. agent, and the communication contained a threat to injure K.W., specifically the defendant wanted K.W. to receive a beating that the defendant referred to as being "mugged beyond belief," in violation of Title 18, United States Code, Section 875(c).

## COUNT THREE

### Stalking
### 18 U.S.C. § 2261A(2)

Beginning in or about February 2015 and continuing until on or about August 17, 2015, in the District of Idaho and elsewhere, the defendant, JOHN KENT DAVIS, with the intent to injure, harass, and intimidate K.W., used a facility of interstate and foreign commerce to-wit: a telephone, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to K.W., a former spouse, all in violation of Title 18, United States Code, Section 2261A(2).

## CRIMINAL FORFEITURE ALLEGATION

### Interstate Communication of Threats
### 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461

As a result of the violation of 18 U.S.C. § 875(c), as charged in Counts One and Two, the defendant, JOHN KENT DAVIS, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, all property, real or personal, which constitutes or is derived from proceeds traceable to said violation, including but not limited to the following:

INDICTMENT - 2

A. <u>Cash Proceeds:</u> The sum of at least $2,500.00 in United States currency, representing the amount of proceeds obtained as a result of the said offense.

B. <u>Substitute Assets:</u> If the above-described forfeitable property, as a result of any act or omission of the defendant:

1. Cannot be located upon the exercise of due diligence;
2. Has been transferred or sold to or deposited with a third party;
3. Has been placed beyond jurisdiction of the court;
4. Has substantially diminished in value; or
5. Has been commingled with other property which cannot be divided

without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. 981(b) and 28 U.S.C. § 2641(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

DATED this 15th day of September, 2015.

A TRUE BILL

/s/ [signature on reverse]

_____
FOREPERSON

WENDY J. OLSON
United States Attorney
By:

_____
NANCY D. COOK
Assistant United States Attorney

**INDICTMENT - 3**